**Order entered July 8, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00364-CR**
**No. 05-21-00365-CR**

**EX PARTE AUSTIN RUCKER**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. WX21-90235-Y & W10-71844-Y**

### ORDER

Before the Court is appellant's July 6, 2021 motion to extend the time to file his brief. The brief has been tendered for filing. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order. The State's brief shall be due thirty days from the date of this order.

/s/     LANA MYERS
JUSTICE